IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

EARNEST BARNARD CLAYTON-957634

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

Veronica Stewart, Jermaine White
Brian P. Kemp, Tyrone Oliver, Garrett,
Andrew McFarlane, Jimmy Kellmon
Jimmy Kellmon, Jackson Ricky Wilcox

(NAME OF EACH DEFENDANT)

Defendant(s)

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FEB 10 2025

FILED

CV325- 009

CIVIL ACTION NO:

COMPLAINT

## I. GENERAL INFORMATION

1. Your full name and prison number Earnest Barnard Clayton.

2. Name and location of prison where you are now confined Telefair State Prison (TSP) Georgia

3. Sentence you are now serving (how long?) 60 or 65 years)

   (a) What were you convicted of? Pimping Pandering and Statatory Rape

   (b) Name and location of court which imposed sentence Fulton County Superior Court Georgia

   (c) When was sentence imposed? In 2007

   (d) Did you appeal your sentence and/or conviction?  Yes ✓  No ☐

   (e) What was the result of your appeal? Denied

(f) Approximate date your sentence will be completed ___2065___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☑  No ☐

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

     Plaintiff(s): _Clayton_

     Defendant(s): _Bryson or Brysonetul.,_

  (b) Name of Court: _M. D._

  (c) Docket Number: _7.15-Cv-164_  When did you file this lawsuit? _Sept. 8, 2015 or, Unsure_

  (d) Name of judge assigned to case: _WL3·Tac  or (Insure_

  (e) Is this case still pending?  Yes ☐  No ☐

  (f) If your answer to (e) is "No", when was it disposed of and what were the results?

    (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

    _Dismissed for abuse of the judicial process J_

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?  Yes ☑ No ☐

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit:

     Plaintiff(s): _Clayton_

     Defendant(s): _Williamlsi_

  (b) Name of Court: _Unsure_

  (c) Docket Number: _17-11470-F_  When did you file this lawsuit? _Unsure_

  (d) Name of judge assigned to case: _____

  (e) Is this case still pending?  Yes ☑  No ☐

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis,* was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?      Yes ✓   No ☐

If your answer is Yes, state the name of the court and docket number as to each case:

Clayton v. Ward 5:24-CV-161-MTT-AGH        Clayton V. Allen 6:19-cv-11(S.D. Ay)

(M.D.Ga July 29, 2024                        30, 2019

Clayton v. Ivey5'.22-430-JES-MSH (M.D.

Ga. Mar 16, 2023

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Telfair State Prison (TSP)

(a) Does this institution have a grievance procedure?      Yes ✓   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
   Yes ✓   No ☐

(2) If Yes, what was the result? Some was denied, Some was confiscated, destroyed and damaged

_____

_____

(3) If No, explain why not:_____

_____

_____

_____

Note: Plantiff Clayton have filed over twenty other (s) lawsuit(s) or over ten (90) other(s) lawsuits (s) but cannot remember the information at the time of the filing of this complaint

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

_____

_____

_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system? Yes ☑ No ☐

(1) If Yes, to whom did you appeal and what was the result? To the Comm issione Tyrone Oliver and Brian P. Kemp

(2) If No, explain why you did not appeal: _____

_____

_____

10. In what other institutions have been confined? Give dates of entry and exit.
Valdosta and Hayes Stale Prison
date(s) of entry and exit is unsure at this time

_____

_____

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.
Telefair State Prison
P.O. BOX 549
Helena, Georgia 31037

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)
Jermaine White Regional Director Governor Brian P. Kemp, Georgia Department of Corrections
("GDOC") Commissioner, Captain Kellmon Warden McFalenaDeputy Warden of Security (s) Vera
K Stewart and Richy Wilcox, and Jackson Captin, Jimmy Kellmon (" Kellmon C.O Garrett
Each defendant(s) is or/and are sued in his or her or there individually capacity or
Capacities only. They all except for Brian P. Kemp worked at Teleta, State Prison

## V.  STATEMENT OF CLAIM

13.  In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

(V)

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Telefair State Prison

WHEN do you allege this incident took place? While in custody of GDOC or/and GDC

WHAT happened? On April 16, 2024, Defendant Kellmon shocked Clayton repeatedly with some kind(s) of taser device(s) while in the intake area of the prison(s), and then discharged some kind of pepper or/ and Cap Shan or/and Chemical spray or/and gas into the mouth, nose, eyes and body of Clayton repeatedly, and then housed Clayton in administrative Segregation ("Disiplinary Segregation or/ and Segregation and/or Tier One(1) Program and/or "lockdown") in Stripped Cell without providing Clayton any food, water, tissue and other(s) basic human need(s)

On April 17, 2024, Unit Manager Hunt and Brown and Jackson came to the cell mentioned above, and observed me being unlawfully held in the stripped cell and I was forced to live in the intake area of the prison, On or about about April 18, 2024, Kellmon, Stewart, Wilcox, Jackson, and other(s) High and low ranking Georgia Department of Corrections ("GDOC and/or GDC") employee(s), Housed Clayton in the Administrative Segregation mentioned above, with one of Clayton

# V. STATEMENT OF CLAIM

2.

enemey(s) from another prisoner(s intentionally after intentionallymisclassifying Claytonfulsely). Prior or after being placed or/and housed in this cell on or about Ap ril 17 or 18, of 2024. Defendant(s) Kellman, Stewart, Wilcox, Jackson, White, Brian P. Kemp, Tyrone Oliver, McFarlang and other(s) High and low ranking GDOC, and Wellpath, employee(s) brought false disciplinary or/and allegation(s) ag ainst Clayton and placed false allegation(s) in the file(s), or/and record(s) of. Clayton. Clayton remained in this cell from on or about April 17, or 18 of 2024 through a date in June or July of 2024, when defendant(s) intentionally miscl assified Clayton to live in C-1 dorm(s), but forced Clayton to live in B-1 dorm in General population.

3.

On several occasion(s) during Clayton confinement in this cell mentioned above, Clayton assigned cellmate assaulted Clayton, and attempted to rape Clayton causing Clayton serious physical injury(s) and injuries or/and harm which includ es but are not limited to: extremelyl emotional distress, bruises to his hand, lose of his teeth

4.

Also during Clayton confinement, in this cell, mentioned above, Clayton filed a num ber(s) of grievance(s) against each defendant(s) and other(s) High and low ranking Georgia Department of Corrections ("GDOC") and Wellpath employee(s), ("other staff members") relating to ("re lиmn" "decision(s) or/and misconduct(s)") of the defendant(s) mentioned herein

5.

At all times relevant to this case and complaint, Upon information and belief. Per GDC SOP and Rule(s) and Regulation(s), each person(s) ("each defendant") mentioned herein, that the grievance(s) mentioned above, were filed against i (t was') required to made a statement and was ("is") notified of the grievance(s) mentioned above during Clayton confinement in the administrative Segregation ("Tier one(1) Program and/or Segregation and/or lockdown or/and Disciplinary Segregation") unit(s) ("dorm").

6.

As an direct and proximate result(s) of Clayton ("plaint. if (Clayton') filing the griev ance(s) mentioned above, Defendants Kellman, Stewart, Wilcox, Jackson, M Ty. rone Oliver, Brian P. Kemp, White, and other(s) staff members mentioned above, intentionally, deliberately) and malicious (ly) confined(nued ("continued") Clayton confinement In the administrative Segregation unit(s) mentioned without providing Clayton a notice, hearing, periodic reviews and any other(s) process due to Clayton for over thirty (30) consecutively(ly) day(s),

7.

Also during Clayton administrative Segregation confinement, mentioned above, Clayton informed Kellman that his cellmate was assaulting him, and after was Kellman intentionally unsecured the door, flap(s) to Clayton assigned cell and discharged

## V. STATEMENT OF CLAIM

Some kind of pepper and/or chapshun spray into Clayton assigned cell and then secured the tray flap back ("locking it") causing Clayton to suffer harm or/and injuries, which included but are not limited to. burning in his penis, blood appearing in his urine, and burning when Clayton urinate.

On or after the incident of Kellmon, using the spray into Clayton cell, Defendant(s) Kellmon never notified medical and did not notified the Wellpath medical of the incident(s). Defendant(s) actions of spraying the spray into Clayton cell was also done, because of the grievance mentioned that Clayton filed.

Also as an direct and proximate, result of the grievance(s) mentioned that Clayton filed, Defendants: Kellmon, Stewart, Wilcox, Jackson, McFarrenle "Mc" Tyrone Oliver, Brian P. Kemp, White, and other(s) staff members(s) of GDOC and of 2024, and intentionally forced Clayton to move and live in dorm ("unit") B-1 in general population and intentionally misclassified Clayton and placed false information in Clayton's, Lecs, ("record is," ) mentioned previously, that Clayton was placed in dorm C-1, At all times relevant to this case and complaint B-1 was (' is ") one of the most dangerous dormiss, (' un-tis,') at TSP with violent e (' killing or/and assault(s) '). Clayton remained in B-1 from this date in June or July of 2024 through August 09, of 2024. During this time, Prior to August, 09, 2024, Clayton repeated by told Sikes, Kellmon, Jackson and Welcox and others, High and low ranking GDOC employee(s) and Wellpath, and other(s) that inmate(s), and gang(s), is trying to kill him and Kellmon always stated you shouldn't have filed them grievance(s), On me my co-work(s) we are going to make such your ass die at this prisoner (" prison ") or some where in prison I promise no court can save your ass they-are with us you stupid motherfucker, ) On August 09, 2024, several gang members(s) of August 08. 2024. Several gang member(s) approached Clayton and told Clayton took Kellmon, Wilcox and Jackson, done told us that you have filed a grievance again St them and telling on us, then the several gang members assaulted ("attacked") Clayt on,

On August 09, 2024, Clayton told Kellmon, McFalange and Wilcox that he was attacked, Wilcox and Kellmon laughted and told Clayton to learn how to fight and to take his-ass back in the dorm, Clayton went back in the dorm and came out at lunch or dinner call, and Defendant McFalange, noticed that Clayton leg was injuried and ordered Cert item Clayton to take me to medical. At medical Clayton was check. and then Clayton was forced to stay in the inline area again.

On August 10, 2024, Defendant(s) Kellmon, Stewart, Wilcox, Jackson, McFalance, Tyrone Oliver, Brian P. Kemp, White, and other(s) GDOC and /or Wellpath employee(s) forced Clayton to live in a stripped cell in the administrative Segregation unit(s) ment Toned therein without providing Clayton any tissue, soap, meal(s) and other(s) basic humanis(s) as punishment, and in retaliation for the grievance(s) Clayton filed

# STATEMENT OF CLAIM

12

On August 08, 09, 10, 11, and 12 of 2024, after leaving 8-10. On several date(s) prior to August 12, 2024, and on August 08, 09 of 2024, and on August 12, 2024. And prior to January 31, 2025, when Clayton was assaulted by his cellmate, Plaintiff Clayton asked and/or filed grievances) requesting assignment ("placement and/or housing") in ("on") Protective ("Protection") custody (P.C.) an single man cell(s). Clayton request(s) was denied ("refused") by each defendant(s) after they received Clayton grievance(s). After each defendant received Clayton grievance(s) mentioned above, requesting P.C. for his safety because Clayton feared the officer(s) and defendant(s) was going to get Clayton kill and because Clayton feared that inmate(s) (are going to kill him ("Clayton") and due to be assaulted previously) or on past occasion(s) relating to this case or and mentioned here, each defendant confiscated, dumped and destroyed or/and had other(s) GDOC and Wellpath to confiscate, damage and destroy Clayton grievance(s) and grievance(s) appeal(s).

13

In addition to defendant(s) unconstitutional conduct(s) ("actions) or/and decisions) mentioned herein, also relevant to this case and complaint, each defendant(s) held, placed, and confined Clayton, Administrative Segregation and subjected Clayton to be assaulted/or attached by his cellmate(s) and intentionally housed Clayton in the administrative Segregation and intentionally denied ("refused") Clayton P.C. for his safety and health and placement ("housing") in a single inmate cell, so, they could get a chance to confiscate, damage and destroye Clayton grievance(s) and grievance appeal(s) receipt(s) or /and so other(s) GDC and Wellpath could get a chance to confiscate, damage and destroye Clayton grievance(s) and grievance(s) appeal(s) receipt(s) for the grievance(s) mentioned here in that Clayton filed against them.

14

Among many more unconstitutional action(s) ("conduct or/and decisions") of each of the defendants against Clayton, for the grievance(s) mentioned here in that Clayton filed against each defendant(s) including defendant Garrett intentionally housed Clayton, in cell·136 in the administrative Segregation on a date ("recently" (by date)) in January, 2025, with an ("a") dangerous inmate(s), who ("that") previously) assaulted over two (2) of his past ("last parted)") cellmate(s), and who filed grievance(s)/and lawsuit(s) against Kellman and/or other(s) GDOC and Wellpa

STATEMENT OF CLAIM
14

the employee(s) On This date of Clayton housing in this cell in administ rule Segregation. Defendants Kellmon, Wilcox and Garrett, came and got Clayton intentionally and intentionally forced Clayton to move in the cell with this inmate(s) so they Kellmon, Wilcox, Garrett, could cause harm and/or serious harm to Clayton and this inmate, for the grieva nce(s) and law suit(s) both me and this inmate filed and so Clayton and this inmate could cause harm to each others, as punishment, harress ment and in retaliation for the grievance(s) Clayton filed against each defendant. In addition to defendants, Kellmon, Wilcox and Garrett ga ve this inmate, a lock ("weapon") that was on the door, and allowed the inmate ("this inmate") to keep, several prison knives and weapon(s) that this inmate(s) had in the cell after Kellmon, Wilcox and Garrett, went into the cell ("this cell") of the inmate and observes the knives and weapon(s) after Kellmon intentionally sprayed some kind of pepper and/or capstun spray into the cell, while Clayton was standing at the door. Immediately after spraying the ("this") spray into the cell defendant(s) Kellmon, Wilcox and Garrett, force Clay ton and Clayton cellmate mentioned above into the cell, intentionally expos ing Clayton to the spray mentioned above, as punishment, harresment and In retaliation for the grievance(s) mentioned previous(ly) herein that Clayton filed against each defendant mentioned herein. After placing Clayton into the cell of forcing Clayton into the cell, Plaint. ff Clayton throwed the lock, knives, and the other(s) weapon(s) mentioned above out of the cell onto the floor, in front of the cell and when defendant Garrett came to Clayton cell, Garrett pick up. the lock, knives and weapon(s) at pill call and never reported or/and documented the lock, knives and weapon(s) mentioned herein. On January 31, 2025, shortly af ter being placed in this cell with this inmate, Clayton assigned cellmate ("this Inmate") attacked ("assaulted") Clayton while was being escorted in hand cuffs, back to the cell and when Garrett allowed this not to be hand cuffed w/and while or/and when Clayton assigned cellmate was not hand cuffed. After Cla yton was assaulted by this cell mate, in front of Garrett, Garrett did nothing- After this incident Garrett stated to Clayton you such no have filed the m- lawsuit(s) and grievances, you need to sign that form dropping the grievance because if you dont next time we are going to use force against your ass. and kill you and, if you dont die you are going to wish you did die.

In addition defendant Garrett allowed the inmate to keep all of Clayton food from Clayton package ordered by Clayton family and some of Clayton legal m aterial. Also Clayton legal mai. 1 was destroyed, damage and confisicated and defendant(s) Garrett asked Clayton you better not tell or report this incident and where did you do with the receipt(s), you need to give them to me and I told him I flushed them, and Garrett stated well we will be back soon, next we going to make sych you get hurm way better than this time, I promise.

## STATEMENT OF CLAIM

15.

Defendants Garrett, Kelmon, Stewart, Wilcox, Jackson, Brian P. Kemp, Tyrone Oliver, McFarlance, and others (GDOC and Wellpath employee(s) actions, ("decisions an campaign of harrassment, Intimidation and retaliation and punishment") relating to this case or/and mentioned in this case, Constit.

16.

At all times relevant to this case, Plant. ff Clayton conditions of confinement was extreme(ly) harsh and unconstitutional.

## LEGAL CLAIM

17.

Plaint.ff Clayton realleges and

18.

Defendant(s), Garrett, Kellmon, Stewart, Wilcox, Jackson, Brian P. Kemp, Tyrone Oliver, McFarlance, other(s) High and low ranking GDOC and Wellpath employee(s) violated and continues to violate Clayton rights(s) under the First, Eighth and Fourteenth Amendment to the United States Constitution(s) by Intentionally failing to reasonable protect Clayton from violence and Assault(s), by this Clayton cellmate(s) in administrative segregation from August 12, 2024 Forward through the time of and/or after the filing of this Complaint while intentionally denying Clayton due process, and other(s) basic need(s) while in administrative segration at TSP causing physical injury(s), emotional distress ("extreme emotional distress") pain and suffering, as punishment and in retaliation for the grievance(s) Clayton filed against each defendant.

## PRAYER FOR RELIEF

19.

Plaintff Clayton relief seek(s) ("demand") 6. Plaint.ff Clayton see(s) or demand relief, Includes but are not limited to. (1) Punctive damages(s) In the maximum amount between $60,000 and twenty 20 million(s) dollar(s) against each defendant jointly and severally, (2) trial on all issues(s) triable a jury (3) Compensatory damages in the same amount as Punctive damage(s) against each defendant jointly and severally, (4) A preliminary and permanent injunction ordering 5 defendant(s), to provide Clayton reasonable protection from violence by inmates in administrative segregation, and to remove all false allegation(s) placed in Clayton file(s), nominal damages, and any additional relief this court deems Just, proper and equitable. Plaintff seek a TRO restricting Defendant(s) from denying me P.C in a single inmate cell, and being Restrained.

Dated Feburary 02, 2025
Respectfully submitted
Curtis D Clayton
Telefair State Prison
P.O. Box 549, Helena, Georgia 31037

Office of the clerk U.S. District Court S. D. of Georgia
P.O. Box 1130
Augusta, Georgia 30903

Earnest Clayton -957639
Telefair State Prison
P.O. Box 849
Helena, Georgia 31037