IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EARNEST BARNARD CLAYTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-009 |
| | ) | |
| VERONICA STEWART, Deputy Warden of Security; JERMAINE WHITE, Field Director or Regional Director; BRIAN P. KEMP, Governor of Georgia; JIMMY KELLOM, Captain or Unit Manager; ANDREW MCFARLANE, Warden; GARRETT, Corrections Officer; JACKSON, Deputy Warden of Security; RICKY WILCOX, Deputy Warden of Security; and TYRONE OLIVER, Georgia Department of Corrections Commissioner, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants.[1] | ) | |

**O R D E R**

Objections to this Report and Recommendation must be filed by no later than May 27, 2025, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation becoming the opinion and order of the Court. Devine v. Prison Health Servs., Inc., 212 F. App'x 890,

---

[1] The Court **DIRECTS** the **CLERK** to update the spelling of Defendant Jimmy Kellom's name, as well as Defendants' titles on the docket, in accordance with the above caption, which is consistent with Plaintiff's second amended complaint. (Doc. no. 7, pp. 1-4.)

892 (11th Cir. 2006) (*per curiam*).  Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion.  11th Cir. R. 3-1.  The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on May 28, 2025.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned.  A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment.

SO ORDERED this 7th day of May, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA