IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| EARNEST BARNARD CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-009 |
| ) | |
| VERONICA STEWART, Deputy Warden of ) | |
| Security; JERMAINE WHITE, Field Director ) | |
| or Regional Director; BRIAN P. KEMP, ) | |
| Governor of Georgia; JIMMY KELLOM, ) | |
| Captain or Unit Manager; ANDREW ) | |
| MCFARLANE, Warden; GARRETT, ) | |
| Corrections Officer; JACKSON, Deputy ) | |
| Warden of Security; RICKY WILCOX, ) | |
| Deputy Warden of Security; and TYRONE ) | |
| OLIVER, Georgia Department of Corrections ) | |
| Commissioner, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Magistrate Judge recommended Defendants Stewart, White, Kemp, McFarlane, Garrett, Jackson, Wilcox, and Oliver be dismissed for failure to state a claim upon which relief may be granted. (See doc. no. 12.) After the Report and Recommendation was entered, Plaintiff filed several motions to voluntarily dismiss Defendant Jackson. (Doc. nos. 17, 18, 19.) Because Defendant Jackson is due to be dismissed, these motions are **MOOT**.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Stewart, White, Kemp, McFarlane, Garrett, Jackson, Wilcox, and Oliver, as well as all official capacity claims for monetary damages against Defendant Kemp, for failure to state a claim upon which relief may be granted. The Court further **DISMISSES** Plaintiff's claims against Defendant Kellom arising after April 16, 2024, for failure to state a claim upon which relief may be granted. The case shall proceed against Defendant Kellom as described in the Magistrate Judge's May 7, 2025 Order. (Doc. no. 11.)

SO ORDERED this 18th day of June, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE